BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
Attorneys for Defendant
Southern Hills Medical Center, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN MISA-WHITE, | CASE NO.   2:20-cv-00180 |
| Plaintiff, | |
| vs. | |
| SOUTHERN HILLS MEDICAL CENTER, LLC, a Nevada Limited Liability Company; Does I-X; Roe Corporations I-X, | **NOTICE TO FEDERAL COURT OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441(a) AND 1446** <br><br> **(FEDERAL QUESTION)** |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendant SOUTHERN HILLS MEDICAL CENTER, LLC ("Defendant"), by and through its attorneys LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby removes the above-entitled action filed by Plaintiff MARILYN MISA-WHITE ("Plaintiff"), currently pending before the Eighth Judicial District Court of the State of Nevada (Case No. A-19-805177-C), to the United States District Court for the District of Nevada.  Removal is appropriate because this Court has original subject matter jurisdiction over the lawsuit under 28 U.S.C. §1331 (federal question).

Removal is based on the following grounds:

### STATE COURT ACTION

1.  On November 9, 2019, Plaintiff filed Complaint in the Eighth Judicial District Court, Clark County, State of Nevada, entitled <u>Marilyn Misa-White v. Southern Hills Medical</u>

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Center, LLC, Case No. A-19-805177-C ("State Court Action").  Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint and Initial Appearance Fee Disclosure ("State Court Complaint") are attached hereto and marked as **Exhibit A**.

2.      On January 3, 2020, Defendant's registered agent CT Corporation was served with a copy of the Summons and Complaint by process server.  A true and correct copy of the Service of Process Transmittal Summons of registered agent CT Corporation and Summons are attached hereto as **Exhibit B**.

3.      On November 12, 2019, the Court filed a Clerk's Notice of Nonconforming Document and on January 23, 2020 a Clerk's Notice of Curative Action.  Copies of the notices are attached hereto and marked as **Exhibit C**.

4.      On January 24, 2020, Defendant filed a timely Answer in response to Plaintiff's Complaint.  A copy of the Initial Appearance Fee Disclosure and Answer is attached hereto and marked as **Exhibit D**.

5.      Removal of this action is timely pursuant to 28 U.S.C. §1446(b)(1) as Defendant is filing this Notice of Removal within thirty (30) days of the date of service on Defendant.

6.      28 U.S.C. §1441(a) provides in relevant part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…, to the district court of the United States for the district and division embracing the place where such action is pending."  **28 U.S.C. §1441(a)**.

7.      Clark County, Nevada is situated in the District of Nevada and therefore this Court is the appropriate forum to entertain this Notice of Removal.

8.      Removal is appropriate under this Court's original federal jurisdiction and supplemental jurisdiction as set forth in 28 U.S.C §§ 1331 and 1367, respectively.   In the Complaint, Plaintiff has asserted claims arising under the laws of the United States.   The Complaint pleads the following causes of action, as follows:  (1) Interference in Violation of the Family Medical Leave Act, 29 U.S.C. § 2611 *et seq*.; (2) Retaliation/Discrimination in Violation of the Family Medical Leave Act, 29 U.S.C. § 2611 *et seq*.; and (3) Retaliatory Discharge in Violation of Public Policy – Workers' Compensation Retaliation.   This Court has original

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    jurisdiction over Plaintiff's first and second claims for allege violations of the federal Family and

2    Medical Leave Act ("FMLA") arising under 29 U.S.C. § 2611 *et seq*., which is a law of the United

3    States.  **28 U.S.C. § 1331**.  This court has supplemental jurisdiction over Plaintiff's state law claim

4    for retaliatory discharge in violation of public policy because such claim is so related to the federal

5    claims in the action over which the Court has original jurisdiction that they form part of the same

6    case or controversy.  **28 U.S.C. § 1367**.

7         9.    Southern Hills Medical Center, LLC is the only named Defendant in this case and

8    is the only Defendant to have been served.  Accordingly, the requirement set forth in 28 U.S.C. §

9    1446(b)(2)(A) regarding consent to removal by all defendants is satisfied.

10        10.    Pursuant to 28 U.S.C. §1446(d), Defendant is providing written notice to Plaintiff,

11   and is filing a copy of this Notice of Removal with the Clerk of the Eighth Judicial District Court

12   of the State of Nevada.

13        11.    Pursuant to 28 U.S.C. §1446(a), Defendant is filing this Notice of Removal with

14   copies of all process, pleadings, orders and other papers or exhibits served on Defendant in the

15   State court action.  <u>See</u> **Exhibits A, B, C and D.**  Other than these pleadings, no other proceedings

16   have taken place in the Eighth Judicial District Court, Clark County, Nevada.

17                                         <u>**RELIEF REQUESTED**</u>

18        Based on the foregoing, Defendant removes this action, Case No. A-19-805177-C, from

19   the Eighth Judicial District Court of the State of Nevada, Clark County to the United States

20   District Court for the District of Nevada and requests that this Court assume jurisdiction over this

21   matter and issue such further orders and processes as may be necessary to bring before it all

22   parties necessary for the trial of this action.

23        DATED this <u>24th</u> day of January, 2020.

24

25                                         LEWIS BRISBOIS BISGAARD & SMITH LLP

26                                         */s/ Bruce C. Young*
                                          Bruce C. Young, Esq.
27                                         Paige S. Shreve, Esq.
                                          *Attorneys for Defendant*
28                                         *Southern Hills Medical Center, LLC*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4842-6384-2994.1                              3

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this <u>24th</u> day of January, 2020, I electronically filed and served the foregoing **NOTICE TO FEDERAL COURT OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441(a) AND 1446 (FEDERAL QUESTION)** with the Clerk of the Court through Case Management/Electronic Filing System as follows:

James P. Kemp, Esq.
Victoria L. Neal, Esq.
**KEMP & KEMP**
7435 W. Azure Drive, Ste. 110
Las Vegas, NV 89130
Tel:     (702) 258-1183
Fax:     (702) 258-6983
Email:  jp@kemp-attorneys.com
         vneal@kemp-attorneys.com
*Attorneys for Plaintiff Marilyn Misa-White*

By  */s/ Heidi Davis*
                   An Employee of
                   LEWIS BRISBOIS BISGAARD & SMITH LLP

**INDEX OF EXHIBITS**

| | |
|---|---|
| Exhibit A | Plaintiff's Complaint and Initial Appearance Fee Disclosure |
| Exhibit B | CT Corporation Service of Process Transmittal and Summons |
| Exhibit C | Clerk's Notice of Nonconforming Document and Clerk's Notice of Curative Action |
| Exhibit D | Defendant's Initial Appearance Fee Disclosure and Answer |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW