**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

|  |  |
|---|---|
| MARILYN MISA-WHITE,<br><br>                    Plaintiff,<br><br>vs.<br><br>SOUTHERN HILLS MEDICAL CENTER,<br>LLC, a Nevada Limited Liability Company;<br>Does I-X; Roe Corporations I-X,<br><br>                    Defendants. | 2:20-cv-00180-GMN-DJA<br>**<u>ORDER</u>** |

Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the Early Neutral Evaluation set for June 2, 2020, is VACATED.  If the parties wish to reschedule the ENE, they must file an appropriate stipulation with 3 suggested dates at least 6 weeks after the stipulation's filing date.  If the court is not able to accommodate the parties' suggested dates, the first available court date will be automatically assigned.

DATED this 27th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE