BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
Attorneys for Defendant
Southern Hills Medical Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN MISA-WHITE, | CASE NO. 2:20-cv-00180-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| SOUTHERN HILLS MEDICAL CENTER, LLC, a Nevada Limited Liability Company; Does I-X; Roe Corporations I-X, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff MARILYN MISA-WHITE and Defendant SOUTHERN HILLS MEDICAL CENTER, LLC, by and through their respective attorneys of record Victoria Neal of KEMP & KEMP and Bruce C. Young of LEWIS BRISBOIS BISGAARD & SMITH, LLP, hereby notify this Court that they have agreed to resolve this matter and have entered into a settlement agreement. Accordingly, the parties hereby stipulate to dismiss, with prejudice, the entire action and all claims set forth in Plaintiff's Complaint (ECF No. 1).

. . .

. . .

. . .

. . .

4845-5584-0726.1

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this 19th day of January, 2021.  DATED this 19th day of January, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP    KEMP & KEMP


*/s/ Bruce C. Young*                    */s/ Victoria L. Neal*
Bruce C. Young, Esq.                    James P. Kemp, Esq.
Paige S. Shreve, Esq.                   Victoria L. Neal, Esq.
Attorneys for Defendant                 Attorneys for Plaintiff

SOUTHERN HILLS MEDICAL CENTER, LLC    MARILYN MISA-WHITE


**IT IS SO ORDERED.**

Dated: January ___, 2021.


_____
UNITED STATES DISTRICT COURT JUDGE

S