BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
Attorneys for Defendant
Southern Hills Medical Center, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN MISA-WHITE,<br><br>          Plaintiff,<br><br>     vs.<br><br>SOUTHERN HILLS MEDICAL CENTER, LLC, a Nevada Limited Liability Company; Does I-X; Roe Corporations I-X,<br><br>          Defendants. | CASE NO. 2:20-cv-00180-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff MARILYN MISA-WHITE and Defendant SOUTHERN HILLS MEDICAL CENTER, LLC, by and through their respective attorneys of record Victoria Neal of KEMP & KEMP and Bruce C. Young of LEWIS BRISBOIS BISGAARD & SMITH, LLP, hereby notify this Court that they have agreed to resolve this matter and have entered into a settlement agreement. Accordingly, the parties hereby stipulate to dismiss, with prejudice, the entire action and all claims set forth in Plaintiff's Complaint (ECF No. 1).

. . .

. . .

. . .

. . .

4845-5584-0726.1

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this 19th day of January, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Bruce C. Young*
Bruce C. Young, Esq.
Paige S. Shreve, Esq.
Attorneys for Defendant

SOUTHERN HILLS MEDICAL CENTER, LLC

DATED this 19th day of January, 2021.

KEMP & KEMP

*/s/ Victoria L. Neal*
James P. Kemp, Esq.
Victoria L. Neal, Esq.
Attorneys for Plaintiff

MARILYN MISA-WHITE

**IT IS SO ORDERED.**

Dated this __25__ day of January, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

S

4845-5584-0726.1

2